**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert Livingston, Appellant.

Appellate Case No. 2013-000071

———————

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-187
Submitted July 1, 2014 – Filed April 8, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender Carmen Vaughn Ganjehsani and
Appellate Defender Laura Ruth Baer, both of Columbia,
for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.